DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: tenesa.powell@jacksonlewis.com

*Attorneys for Defendant*
*Controlled Contamination Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIA BERNADETTE BERTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CONTROLLED CONTAMINATION SERVICES, LLC; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 3:26-cv-00530-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR CONTROLLED SERVICES, LLC TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>[ECF No. 9] |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Mia Bernadette Berta and Defendant Controlled Contamination Services, LLC ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file its response to Plaintiff's Complaint (ECF No. 1) from August 3, 2026 to August 24, 2026. This is the first request for extension of time for Defendant to respond to Plaintiff's Complaint. This Stipulation is based on the following:

1. Plaintiff's Complaint was filed on July 13, 2016. ECF No. 1.

2. Defendant was served with the Summons and Complaint on July 16, 2026, making Defendant's response to Plaintiff's Complaint due on August 3, 2026. ECF No. 8

3. Defendant's counsel was recently retained and requires additional time to investigate Plaintiff's allegations and confer with Defendant's representatives in order to prepare its response to the Complaint.

4. The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiffs' Complaint to August 24, 2026.

5. This is the first request for an extension of time for Defendant to file its response to Plaintiff's Complaint.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 30th day of July, 2026.

FREIMAN LEGAL, P.C.

*/s/ Lawrence W. Freiman*
LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401

*Attorneys for Plaintiff*
*Mia Bernadette Berta*

JACKSON LEWIS P.C.

*/s/ Tenesa S. Powell*
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Controlled Contamination Services, LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 30, 2026

4939-0629-9316, v. 1