**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIA BERNADETTE BERTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CONTROLLED CONTAMINATION SERVICES, LLC; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 3:26-cv-00530-MMD-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NO. 19]**<br><br>**(FIRST REQUEST)** |

Plaintiff Mia Bernadette Berta and Defendant Controlled Contamination Services, LLC ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On September 14, 2026, Plaintiff filed a First Amended Complaint ("FAC"). ECF No. 14.

2. Defendant's response to the FAC is due September 28, 2026.

3. The Parties stipulate to extend the deadline for Defendant's response to the FAC until October 5, 2026 due to Defendant's counsel experiencing personal medical issues impacting her ability to submit the response to the FAC by the current deadline.

4. This is the first request for an extension of time for Defendant to file a response to the FAC.

5. This stipulation is made in good faith and not for purposes of delay.

6. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 28th day of September, 2026.

FREIMAN LEGAL, P.C.

/s/ Lawrence W. Freiman
LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401

*Attorneys for Plaintiff*
*Mia Bernadette Berta*

JACKSON LEWIS P.C.

/s/ Tenesa S. Powell
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Controlled Contamination Services, LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2026